IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| MARITZA HENRIQUEZ, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 17-CV-00724 (AJT/IDD) |
| MARGARITA'S CLANING SERVICES, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR APPROVAL OF SETTLEMENT & RELEASE

Plaintiff Maritza Henriquez and Defendants Margarita's Cleaning Services, Inc. and Margarita Mamani, by and through their respective undersigned counsel, respectfully request that this honorable Court approve the settlement that the parties have reached concerning the Plaintiff's claims against the Defendants under the Fair Labor Standards Act (hereinafter, "FLSA") 29 U.S.C. 201, *et seq*. The Parties seek Court approval of the settlement because claims under the FLSA, such as those released by the Plaintiff in the Settlement Agreement and Release (hereinafter, "Agreement") that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

[Signature page follows.]

Date: September ____, 2017

THE LAW OFFICES OF ROBERTO ALLEN, LLC

By: _____/s with permission_____
Mitchell I. Batt, Esq., Va. Bar No. 37574
3915 National Dr., Ste. 320
Burtonsville, Maryland 20866
301-861-0202
301-861-4354 (facsimile)
mbatt@robertoallenlaw.com

By: ___/s/ with permission_____
Roberto N. Allen, Esq., *pro hac vice*
3915 National Dr., Ste. 320
Burtonsville, Maryland 20866
301-861-0202
301-861-4354 (facsimile)
rallen@robertoallenlaw.com

Counsel for Plaintiff

Respectfully submitted,

HOWARD HOFFMAN, ATTORNEY AT LAW

By: _____/s/ /s/ _____
Howard B. Hoffman, Esq.,
Va. Bar No. 88694
600 Jefferson Plaza, Ste. 304
Rockville, Maryland 20852
(301) 251-3752
(301) 251-3753 (fax)
hhoffmanesq@hoholaw.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this day of 7th day of October, 2017, a copy of the foregoing Joint Motion for Approval of Settlement Agreement & Release, was filed via with the Clerk of the Court for the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mitch Batt, Esquire
Roberto N. Allen, Esquire
The Law Offices of Roberto Allen, LLC
3915 National Drive, Suite 320
Burtonsville, MD 20866

*Attorney for Plaintiff*

Howard B. Hoffman