IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| MARITZA HENRIQUEZ, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. 17-CV-00724 (AJT/IDD) |
| | * | |
| MARGARITA'S CLANING SERVICES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiff Margarita Henriquez and Defendants Margarita's Cleaning Services, Inc. and Margarita Mamani, the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendants based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the offer of settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

2. In addition, the settlement agreement represents a fair and reasonable resolution of a bona fide dispute under the FLSA according to the factors that have been cited in other actions before the District Court.

3. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

4.      The attorneys' fees and costs (aggregate of $4,500.00) to be paid under the settlement agreement are separately stated and Counsel have provided sufficient information to permit the Court to conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and this case is DIMISSED WITH PREJUDICE in its entirety, with each Party to bear its own attorneys' fees and costs (except as specifically noted in the Settlement Agreement).

_____
United States District Judge